IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY, JR.,

    Plaintiff,

v.

A. LEAL, et al.,

    Defendants.

No. C 11-05550 YGR (PR)

**NOTICE REGARDING INABILITY TO SERVE DEFENDANT FRANCIS**

    Service has been ineffective on Defendant Oakland Police Officer Francis #8365P. The Court has been informed that Defendant Francis "no longer works for the City of Oakland, and the City Attorney requires his consent to our representation, the City Attorney's office cannot effect or waive service on his behalf." (Docket No. 23.)

    While Plaintiff may rely on service by the United States Marshal, "a plaintiff may not remain silent and do nothing to effectuate such service. At a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). If the marshal is unable to effectuate service and the plaintiff is so informed, the plaintiff must seek to remedy the situation or face dismissal of the claims regarding that defendant under Federal Rule of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m) (providing that if service of the summons and complaint is not made upon a defendant in 120 days after the filing of the complaint, the action must be dismissed without prejudice as to that defendant absent a showing of "good cause"); *see also Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) because prisoner did not prove that he provided marshal with sufficient information to serve official).

    No later than **twenty-eight (28) days** from the date of this Order, Plaintiff must provide the Court with the current addresses for Defendant Francis. Plaintiff should review the federal discovery rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to

determine the current address of this Defendant.

**If Plaintiff fails to provide the Court with the current address of Defendant Francis within the twenty-eight-day deadline, all claims against this Defendant will be dismissed without prejudice under Rule 4(m).**

IT IS SO ORDERED.

DATED: January 3, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California