UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD V. RAY, JR.,

    Plaintiff,

  v.

A. LEAL, et al.,

    Defendants.

Case No. 11-cv-05550-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment; and Addressing Plaintiff's Pending Motions,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: March 31, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge